# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-8003

Lillian Louis Morgan Vogt

Petitioner

v.

Progressive Casualty Insurance Company

Respondent

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00385-SRC)

___

**ORDER**

The petition for permission to appeal pursuant to FRCvP 23(f), filed by petitioner Lillian Vogt, is granted. The case is being regularly docketed as case number 24-1808.

April 18, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Stephanie N. O'Banion