# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 18, 2024

Jonathan E. Taylor
GUPTA & WESSLER
Suite 850 North
2001 K Street, N.W.
Washington, DC  20006

RE:  24-1808  Lillian Vogt v. Progressive Casualty Insurance Company

Dear Counsel:

Enclosed is a copy of an order granting permission to appeal. Pursuant to the order, we have transferred Case No. 24-8003 from the Miscellaneous Docket to the Regular Docket and have assigned it the caption and case number shown above. Please use the new Regular Docket caption and number on all correspondence and pleadings submitted to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

**Pursuant to Federal Rule of Appellate Procedure 3(e), you must now pay the $605 filing and docketing fees to the United States District Court.**

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

The case will proceed on the original file of the district court, and there is no need for you to prepare a record for the court.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file a brief will result in the issuance of an order to show cause and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of the Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A Copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

Stephanie N. O'Banion
Acting Clerk of Court

AEV

Enclosure(s)

cc: Kelly Ann Baldini
　　 Kevin M. Carnie Jr.
　　 Clerk, U.S. District Court, Eastern District of Missouri
　　 Patrick R. McPhail
　　 Jennifer L. Mesko
　　 Benjamin Creighton Sasse
　　 John G. Simon
　　 Sandra J. Wunderlich

　　　District Court/Agency Case Number(s):  4:22-cv-00385-SRC

**Caption For Case Number: 24-1808**

Lillian Louis Morgan Vogt

        Plaintiff - Appellant

v.

Progressive Casualty Insurance Company

        Defendant - Appellee

**Addresses For Case Participants: 24-1808**

Jonathan E. Taylor
GUPTA & WESSLER
Suite 850 North
2001 K Street, N.W.
Washington, DC 20006

Kelly Ann Baldini
TUCKER & ELLIS
Suite 600
100 S. Fourth Street
Saint Louis, MO 63102

Kevin M. Carnie Jr.
SIMON LAW FIRM
Suite 1700
800 Market Street
Saint Louis, MO 63101

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO 63102-0000

Patrick R. McPhail
SIMON LAW FIRM
Suite 1700
800 Market Street
Saint Louis, MO 63101

Jennifer L. Mesko
TUCKER & ELLIS
Suite 1100
950 Main Avenue
Cleveland, OH 44113-7213

Benjamin Creighton Sasse
TUCKER & ELLIS
Suite 1100
950 Main Avenue
Cleveland, OH 44113-7213

John G. Simon
SIMON LAW FIRM
Suite 1700
800 Market Street
Saint Louis, MO 63101

Sandra J. Wunderlich
TUCKER & ELLIS
Suite 600
100 S. Fourth Street
Saint Louis, MO  63102